**Electronically Filed
Supreme Court
SCWC-17-0000634
06-JUN-2022
11:18 AM
Dkt. 6 ODAC**

SCWC-17-0000634

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

YUKO KAKAZU, Respondent/Petitioner-Appellee,

vs.

PETER CHRISTOPHER, Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000634 & CAAP-18-0000306; CIVIL NO. 3SS17-1-0093)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Respondent-Appellant Peter Christopher's

Application for Writ of Certiorari filed on April 28, 2022 is

hereby rejected.

DATED: Honolulu, Hawaiʻi, June 6, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins